1   J. Andrew Coombs (SBN 123881)
    *andy@coombspc.com*
2   Annie S. Wang (SBN 243027)
    *annie@coombspc.com*
3   Nicole L. Drey (SBN 250235)
    *nicole@coombspc.com*
4   J. Andrew Coombs, A P. C.
    517 East Wilson Avenue, Suite 202
5   Glendale, California 91206
    Telephone:   (818) 500-3200
6   Facsimile:   (818) 300-3201

7   Attorneys for Plaintiff
    Adobe Systems Incorporated
8

    Rodney B. Sorensen (SBN 196926)
9   *rbs@paynefears.com*
    Payne & Fears LLP
10  Attorneys at Law
    One Embarcadero Center, Suite 2300
11  San Francisco, California 94111
    Telephone:   (415) 398-7860
12  Facsimile:   (415) 398-7863

13  Robert R. Brunelli, admitted *pro hac vice*
    *rbrunelli@sheridanross.com*
14  Patricia Y. Ho, admitted *pro hac vice*
    *pho@sheridanross.com*
15  Sheridan Ross PC
    1560 Broadway, Suite 1200
16  Denver, Colorado 80202
    Telephone:   (303) 863-9700
17  Facsimile:   (303) 863-0223

18  Attorneys for Defendants Katrina Johnson
    f/k/a Katrina Snowden, an individual and
19  d/b/a www.royaldiscount.com and Royal
    Discount, and Royal Distribution Inc.
20

21                        UNITED STATES DISTRICT COURT

22                  NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

23  Adobe Systems Incorporated,          )   Case No. C10-3568 SC
                                         )
24              Plaintiff,               )   JOINT STIPULATION FOR DISMISSAL
        v.                               )   WITH PREJUDICE OF DEFENDANT
25                                       )   KATRINA JOHNSON f/k/a KATRINA
    Katrina Johnson, *et al.*,           )   SNOWDEN AND WITHDRAWAL OF
26                                       )   DEFENDANTS' MOTION TO DISMISS
                Defendants.              )
27  _____)

28

Adobe v. Johnson, et al.: Stipulation re Dismissal        - 1 -

Plaintiff Adobe Systems Incorporated ("Plaintiff") and Defendants Katrina Johnson f/k/a Katrina Snowden, an individual ("Johnson"), and Royal Distribution, Inc. ("RDI") (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS Plaintiff filed its Complaint against Defendants on or about August 13, 2010;

WHEREAS Defendants filed their Motion to Dismiss Katrina Johnson Pursuant to Fed. R. Civ. P. 12(b)(2) and 28 U.S.C. 1400(a); and to Dismiss Defendants for Improper Venue Under 28 U.S.C. 1391(b); or in the Court's Discretion, to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) ("Motion") on or about October 25, 2010;

WHEREAS Defendant Johnson has sworn to her part-time position at Defendant RDI and lack of managerial or decision-making duties;

WHEREAS Defendant Johnson understands that the statements made in her declaration submitted in connection with Defendants' Motion are subject to the penalty of perjury;

WHEREAS Defendants acknowledge that the Court has personal jurisdiction over Defendant RDI;

WHEREAS Defendants acknowledge that venue is proper in the Northern District of California over the claims asserted against Defendant RDI;

WHEREAS each party will bear its own fees and costs in connection with Plaintiff's claims against Defendant Johnson;

WHEREAS the Parties stipulate that Defendant RDI shall have until November 29, 2010, to file an Answer to the Complaint; and

/ / /

/ / /

/ / /

NOW, THEREFORE, Plaintiff and Defendants stipulate and request the following:

1. Defendant Johnson be dismissed from this Action with prejudice.
2. Each side shall bear its own costs in relation to Plaintiff's claims against Defendant Johnson.
3. Defendants' Motion be withdrawn and the hearing set for December 3, 2010, vacated.
4. Defendant RDI shall have until November 29, 2010, to file an Answer to the Complaint.

IT IS SO STIPULATED:

Dated: 11/12, 2010

J. Andrew Coombs, A Professional Corp.

By: /s/ Nicole L. Drey
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

Dated: Nov. 12th, 2010

Sheridan Ross PC

By: /s/ Patricia Ho
Robert R. Brunelli
Patricia Y. Ho
Attorneys for Defendants

[PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.

DATED: November 16, 2010

Hon. Samuel Conti
UNITED STATES

IT IS SO ORDERED
Judge Samuel Conti

Adobe v. Johnson, et al.: Stipulation re Dismissal — 3 —