1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Annie S. Wang (SBN 243027)
   annie@coombspc.com
3  Nicole L. Drey (SBN 250235)
   nicole@coombspc.com
4  J. Andrew Coombs, A. P. C.
   517 East Wilson Avenue, Suite 202
5  Glendale, California 91206
   Telephone:   (818) 500-3200
6  Facsimile:   (818) 300-3201

7  Attorneys for Plaintiff
   Adobe Systems Incorporated
8
   Rodney B. Sorensen (SBN 196926)
9  rbs@paynefears.com
   Payne & Fears LLP
10 Attorneys at Law
   One Embarcadero Center, Suite 2300
11 San Francisco, California 94111
   Telephone:   (415) 398-7860
12 Facsimile:   (415) 398-7863

13 Robert R. Brunelli, admitted *pro hac vice*
   rbrunelli@sheridanross.com
14 Patricia Y. Ho, admitted *pro hac vice*
   pho@sheridanross.com
15 Sheridan Ross PC
   1560 Broadway, Suite 1200
16 Denver, Colorado 80202
   Telephone:   (303) 863-9700
17 Facsimile:   (303) 863-0223

18 Attorneys for Defendant
   Royal Distribution Inc.

19

20                          UNITED STATES DISTRICT COURT

21                  NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

22  Adobe Systems Incorporated,          )   Case No. C10-3568 SC
                                         )
23                  Plaintiff,           )   JOINT STIPULATION TO CONTINUE
         v.                              )   TRIAL AND PRE-TRIAL DATES
24                                       )
    Royal Distribution, Inc., et al.     )
25                                       )
                    Defendants.          )
26  _____ )

27

28

Adobe v. Royal Distribution: Stipulation re Continuance      - 1 -

Plaintiff Adobe Systems Incorporated ("Plaintiff") and Defendant Royal Distribution, Inc. ("RDI") (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS Plaintiff filed its complaint against Defendant on or about August 13, 2010;

WHEREAS the Court held a Case Management Conference on or about December 3, 2010;

WHEREAS the Court set a trial date of September 6, 2011, and a discovery cut-off date of July 6, 2011, among other dates;

WHEREAS the parties have diligently been pursuing the completion of written discovery, but certain disputes are still outstanding before Magistrate Judge Beeler, including a Joint Letter which was filed on or about May 4, 2011;

WHEREAS mediation was conducted on May 11, 2011, at which time significant progress was made towards settlement.  In light of such progress, a second mediation session has been scheduled for June 7, 2011;

WHEREAS the Parties are optimistic that this matter can settle in the very near future but are concerned over the impending discovery cut-off and other impending pre-trial dates, which could cause fees to be incurred that would unnecessarily hinder settlement;

WHEREAS lead trial counsel for Plaintiff as well as lead trial counsel for Defendant will alternatively be unavailable for a significant period of time in June and July, preventing and/or delaying the taking of certain necessary depositions;

WHEREAS a brief continuance of the trial and pre-trial dates would allow the parties sufficient time to attend the second mediation session and hopefully resolve this matter without further need for intervention from the Court or, alternatively, to complete discovery and other pre-trial preparations thereafter; and

WHEREAS there has been no prior continuance of the trial in this matter or request to continue the trial, pre-trial or discovery cut-off dates.

NOW, THEREFORE, Plaintiff and Defendant stipulate and request that all pending dates in this Action be continued for approximately sixty (60) days to allow additional time for settlement

such that trial may possibly be avoided.  The Parties request that the new trial date be set for November 8, 2011, or a date thereafter acceptable with the Court, with all other pre-trial dates adjusted accordingly.

IT IS SO STIPULATED:

Dated: June 3, 2011                         J. Andrew Coombs, A Professional Corp.

                                        By: ____/s Nicole L Drey_____
                                                J. Andrew Coombs
                                                Nicole L. Drey
                                      Attorneys for Plaintiff Adobe Systems Incorporated

Dated: June 3, 2011                         Sheridan Ross PC

                                        By: ____/s Patricia Y. Ho_____
                                               Robert R. Brunelli
                                               Patricia Y. Ho
                                      Attorneys for Defendant

**[PROPOSED] ORDER**

PURSUANT TO REQUEST, IT IS SO ORDERED.
DATED: _____, 2011

_____
Hon. _____
UNITED STATES DISTRICT JUDGE

[Stamp: DENIED — Judge Samuel Conti — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]