<div style="text-align: left; font-weight: bold;">UNITED STATES DISTRICT COURT<br>For the Northern District of California</div>

# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>      Plaintiff,<br>  v.<br>ROYAL DISTRIBUTION, INC., *et al.*,<br><br>      Defendants.<br>_____/ | No. C 10-03568 SC (LB)<br><br>**ORDER RE 5/4/2011 DISCOVERY LETTER**<br><br>[ECF No. 39] |

## I. INTRODUCTION

Plaintiff Adobe Systems sued Defendant Royal Distribution on August 13, 2010, asserting copyright and trademark infringement under 17 U.S.C. § 501 (the "Copyright Act") and 15 U.S.C. § 1125 (the "Lanham Act"), based on allegations that Royal sold unauthorized versions of Adobe's computer software. ECF No. 1 at 2, ¶¶ 3-4.[1] The district court referred discovery disputes to this court. ECF No. 36. On May 4, 2011, the parties filed a joint letter detailing their discovery dispute. Joint Letter, ECF No. 39. On June 8, 2011, the parties informed the district court that they had reached a settlement agreement. ECF No. 44. The court will hold the discovery matter in abeyance until the case is terminated or the parties jointly notify the court that the discovery dispute is no longer live. If, at any point, the parties determine that they would like the court's assistance in the resolving the discovery dispute, they are invited to call courtroom deputy Lashanda Scott at 510-

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

ORDER RE 5/4/011 DISCOVERY ORDER
C 10-03568 SC (LB)

637-3525 to schedule a telephone conference with the court.

**IT IS SO ORDERED.**

Dated: June 10, 2011

_____
LAUREL BEELER
United States Magistrate Judge