| | |
|---|---|
| 1 | J. Andrew Coombs (SBN 123881) |
|   | *andy@coombspc.com* |
| 2 | Nicole L. Drey (SBN 250235) |
|   | *nicole@coombspc.com* |
| 3 | J. Andrew Coombs, A Prof. Corp. |
|   | 517 East Wilson Avenue, Suite 202 |
| 4 | Glendale, California 91206 |
|   | Telephone:   (818) 500-3200 |
| 5 | Facsimile:    (818) 500-3201 |
| 6 | Attorneys for Plaintiff |
|   | Adobe Systems Incorporated |
| 7 | |
| 8 | Rodney B. Sorensen (SBN 196926) |
|   | *rbs@paynefears.com* |
|   | Payne & Fears LLP |
| 9 | Attorneys at Law |
|   | One Embarcadero Center, Suite 2300 |
| 10 | San Francisco, California 94111 |
|   | Telephone:   (415) 398-7860 |
| 11 | Facsimile:    (415) 398-7863 |
| 12 | Robert R. Brunelli, admitted *pro hac vice* |
|   | *rbrunelli@sheridanross.com* |
| 13 | Patricia Y. Ho, admitted *pro hac vice* |
|   | *pho@sheridanross.com* |
| 14 | Sheridan Ross PC |
|   | 1560 Broadway, Suite 1200 |
| 15 | Denver, Colorado 80202 |
|   | Telephone:   (303) 863-9700 |
| 16 | Facsimile:    (303) 863-0223 |
| 17 | Attorneys for Defendant |
|   | Royal Distribution, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | | |
|---|---|---|
| Adobe Systems Incorporated, | ) | Case No. C10-3568 SC |
|   | ) | |
|   Plaintiff, | ) | JOINT STIPULATION FOR DISMISSAL |
| v. | ) | WITH PREJUDICE AND [~~PROPOSED~~] |
|   | ) | ORDER |
| Royal Distribution, Inc., et al., | ) | |
|   | ) | |
|   Defendants. | ) | |

Adobe v. Royal Distribution: Stipulation re Dismissal          - 1 -

WHEREAS Plaintiff Adobe Systems Incorporated ("Plaintiff"), having filed a Complaint in this action charging Defendant Royal Distribution, Inc. ("Defendant") with liability for copyright and trademark infringement, and the Parties hereto desiring and having agreed to settle the controversy between them.

Plaintiff and Defendant, by and through their respective counsel of record, stipulate and agree as follows:

1. This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, 15 U.S.C. § 1051, *et seq.*, 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1338.

2. Service of process was properly made against Defendant.

3. The claims for relief, and each of them, alleged by Plaintiff against Defendant shall be dismissed with prejudice.

4. Each side shall bear its own fees and costs in relation to this Action.

///

///

///

///

///

///

5. This Court shall retain jurisdiction in this Action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to enforce the confidential Settlement Agreement and enter a Joint Stipulation and Final Judgment, if necessary.

IT IS SO STIPULATED:

Dated: 8/12/11

J. Andrew Coombs, A Professional Corp.

By: _/s/ Nicole L. Drey_
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

Dated: 7/26/2011

Sheridan Ross PC

By: _/s/ Patricia Y. Ho_
Robert R. Brunelli
Patricia Y. Ho
Attorneys for Defendant Royal Distribution, Inc.

### [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.
DATED: 8/22, 2011

_____
Hon. Samuel Conti
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti